UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD BECK,

        Plaintiff,

vs.                              Case No.   2:06-cv-226-FtM-99DNF

DESOTO HEALTH & REHAB, LLC,

        Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #32) recommending that plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of Their Opt-In Rights (Doc. #23) be granted with modifications.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and will direct plaintiff to amend the notice form.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #32) is hereby **adopted** and **incorporated** herein.

2. Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of Their Opt-In Rights (Doc. #23) is **GRANTED** to the extent that plaintiff shall amend the notice form to: (1) limit it to "all similarly situated current and former hourly paid employees who were working in a similar position to the Plaintiff in maintenance and repair;" and (2) include language that an individual who does choose to opt-in to the lawsuit and is unsuccessful may be responsible for defendant's costs.

3.  The amended notice form shall be submitted for filing within **TEN (10) DAYS** of this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this __24th__ day of January, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties